IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CAROLYN TOMLINSON                                                                         PLAINTIFF

V.                                       NO. 3:03CV00222 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                   DEFENDANT

**JUDGMENT**

Consistent with the Memorandum and Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 30th day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE