**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

CAROLYN TOMLINSON                                                    PLAINTIFF

v.                                      3:03CV00222 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                             DEFENDANT

<u>**ORDER**</u>

Pending before the Court is Plaintiff's Motion for an Award of Attorney's Fees and Other

Expenses Under the Provisions of the Equal Access to Justice Act ("EAJA"), along with a

Memorandum in Support (docket entries #23 and  #24).  Defendant has filed a Response (docket

entry #25).  For the reasons set forth herein, the Motion will be granted.

On July 21, 2003, Plaintiff filed this action challenging the decision of an Administrative

Law Judge ("ALJ") denying her social security benefits (docket entry #2). On August 30, 2007, the

Court entered a Memorandum and Order and a Judgment (docket entries #21 and #22) remanding

the case to the ALJ pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501

U.S. 89 (1991).

On October 31, 2007, Plaintiff's attorney, Mr. Anthony W. Bartels, filed a Motion for an

Award of  Attorney's Fees and Other Expenses Under the Provisions of the EAJA.  In this Motion,

Mr. Bartels seeks payment for 23.40 hours of work performed by an attorney, 12.10 hours of work

performed by a paralegal, and reimbursement for $13.95 in expenses.  Pursuant to an agreement

between The Bartels Law Firm and the Office of General Counsel of the Social Security

Administration (docket entry #24, attachment), Mr. Bartels seeks payment for attorney time as

follows:  (1) 1.35 hours of work performed during 2003 at the adjusted hourly rate of $147.00; (2)

8.40 hours of work performed during 2004 at the adjusted hourly rate of $152.00; (3) 2.20 hours of work performed during 2005 at the adjusted hourly rate of $156.00;(4) 9.70 hours of work performed during 2006 at the adjusted hourly rate of $162.00; and (5) 1.75 hours of work performed during 2007 at the adjusted hourly rate of $167.00.  Mr. Bartels seeks payment for 12.10 hours of paralegal time at the rate of $75 an hour and $13.95 in expenses.  Defendant does not object to the requested amounts for attorney's fees and expenses.

Under these circumstances, the Court concludes that Plaintiff is entitled to an award of fees and expenses under the EAJA, and that the amount requested by Plaintiff's attorney is reasonable. Accordingly, Plaintiff's attorney shall receive a total award of $4,603.55, which includes:  (1) 1.35 hours of attorney time at the rate of $147.00 per hour ($198.45); (2) 8.40 hours of attorney time at the rate of $152.00 per hour ($1,276.80); (3) 2.20 hours of attorney time at the rate of $156.00 per hour ($343.20); (4) 9.70 hours of attorney time at the rate of $162.00 per hour ($1,571.40); (5) 1.75 hours of attorney time at the rate of $167.00 per hour ($292.25); (6) $907.50 in paralegal fees; and (7) $13.95 in expenses.

IT IS THEREFORE ORDERED that Plaintiff's Motion for an Award of Attorney's Fees Pursuant to the Equal Access to Justice Act (docket entry #23) is hereby GRANTED.

IT IS FURTHER ORDERED that the Commissioner shall certify and pay to Mr. Anthony W. Bartels, attorney for Plaintiff, $4,603.55, which has been awarded as fees and expenses pursuant to the EAJA.

DATED this 10th day of June, 2008.

_____
UNITED STATES MAGISTRATE JUDGE